UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEVIN SPENCER,  )
 )
        Plaintiff,  )
 )  **JUDGMENT IN A**
 )  **CIVIL CASE**
v.  )  **CASE NO. 5:19-CV-374-D**
 )
BETH G. WALKER, LINDA WHITE, and  )
UNITED STATES OF AMERICA,  )
 )
        Defendants.  )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 8] and DISMISSES the action without prejudice for failure to exhaust administrative remedies.

**This Judgment Filed and Entered on December 16, 2019, and Copies To:**

| | |
|---|---|
| Kevin Spencer | (Sent to 3721 Marshlane Way Raleigh, NC 27610 via US Mail) |
| Michael James | (via CM/ECF electronic notification) |

DATE:                                                             PETER A. MOORE, JR., CLERK

December 16, 2019                            (By) /s/ Nicole Sellers

                                                                                           Deputy Clerk